**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KENNY LATTIMORE, ET AL.** | : | |
| | : | |
| ***Plaintiffs*,** | : | |
| | : | |
| **v.** | : | **Civil No. 3:26-cv-00242 (SRU)** |
| | : | |
| **SRG/ILS GROUP, LLC** | : | |
| | : | |
| ***Defendant*.** | : | |

**NOTICE OF WITHDRAWAL RE: DEFENDANT'S MOTION TO COMPEL**

The defendant, SRG/ILS Group, LLC ("SRG"), respectfully withdraws its Motion to Compel directed at the plaintiffs, Kenny Lattimore and Sincere Soul Records, LLC ("Plaintiffs"), dated November 2, 2026 and appearing at ECF No. 28 (the "Motion"). Since SRG filed the Motion, and prior to the filing of any opposition thereto, the parties resolved the underlying discovery dispute. Accordingly, the Motion is moot, and SRG respectfully requests that the Court terminate the motion, or deny the Motion as moot, without an award of costs or fees to either party.

*Respectfully submitted,*

**DEFENDANT,**
**SRG/ILS GROUP, LLC,**

Dated November 2, 2026
New Haven, Connecticut

BY: /s/ Dennis M. Carnelli
Dennis M. Carnelli (ct30050)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
E-Mail: dcarnelli@npmlaw.com
Tel: (203) 821-2000
Fax: (203) 821-2008
*Its Attorneys*